## RECONSIDERATION OF PRIOR DECISIONS

2012–0734.  State ex rel. Smith v. Indus. Comm.
Franklin App. No. 11AP–61, 197 Ohio App.3d 289, 2012-Ohio-1011. Reported at 138 Ohio St.3d 312, 2014-Ohio-513, ___ N.E.3d ___. On motion for reconsideration. Motion denied.

O'CONNOR, C.J., and PFEIFER and LANZINGER, JJ., dissent.

2013–1118.  State ex rel. Bevins v. Cooper.
Hamilton App. No. C–130276. Reported at 138 Ohio St.3d 275, 2014-Ohio-544, 6 N.E.3d 33. On motion for reconsideration. Motion denied.